ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Fortis SBJV, LLC | ) ASBCA No. 63335 |
| | ) |
| Under Contract No. W912BV-16-C-0004 | ) |

APPEARANCE FOR THE APPELLANT:        Gina P. Grimsley, Esq.
                                                             General Counsel

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
                                                             Engineer Chief Trial Attorney
                                                           Lauren M. Williams, Esq.
                                                           Bryan M. Harrington, Esq.
                                                             Engineer Trial Attorneys
                                                             U.S. Army Engineer District, Tulsa

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  September 28, 2022

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63335, Appeal of Fortis SBJV, LLC, rendered in conformance with the Board's Charter.

Dated:  September 29, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals